AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25-cv-10093-MFL-EAS

This summons for *(name of individual and title, if any)* Bank of America NA C/O CT Corporation System

was received by me on *(date)* 1-14-25

[X] I personally served the summons on the individual at *(place)* CT CORPORATION 40600 ANN ARBOR RD, STE 201 PLYMOUTH, MI, 48170 on *(date)* 1-17-25 @ 1437 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other: *(specify)*: _____

My fees are $ ― for travel and $ 69 for services, for a total of $ 69.

I declare under the penalty of perjury that this information is true.

Date: 1-16-25

Server's Signature

Adan Kniathowski Server
Printed Name and Title

2835 Trowbridge St Hamtramck MI
Server's address

Additional information regarding attempted service, etc.: